UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :    **ORDER**
     -v-                             :
                                     :    19 Cr. 692 (   )
KATIA RAMOS,                         :
                                     :
          Defendant.                 :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Andrew K. Chan and Justin V. Rodriguez;

It is found that the Indictment in the above-captioned action, 19 Cr. 692, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, 19 Cr. 692, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          October 4, 2019

                            _____
                            THE HONORABLE KEVIN NATHANIEL FOX
                            UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 04 2019



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2019

**BY EMAIL**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
New York, New York 10007

    Re:    *United States v. **Katia Ramos**,* 19 Cr. 692 ( )

Dear Judge Fox:

    The Government respectfully requests that Indictment 19 Cr. 692 ( ) be unsealed and that a United States District Judge be assigned to the case. An order to that effect is attached. The Government requests that this be designated a Wheel A case.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney for the
                                    Southern District of New York

                       By:    <u>/s/ Justin V. Rodriguez</u>
                               Andrew K. Chan
                               Justin V. Rodriguez
                               Assistant United States Attorneys
                               (212) 637-1072 / 2591